# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                           Case No. 08-CR-0127

ERIC RANGUETTE,

      Defendant.

## ORDER DENYING MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

Defendant Eric Ranguette has filed a motion requesting early termination of the five-year period of supervised release imposed as part of his sentence for Conspiracy to Manufacture 100 Kilograms or More of Marijuana. Mr. Ranguette has served just eighteen months on his five-year term of supervised release. Ranguette's first request for early termination was denied in August, 2011.

For the most part, Ranguette complied with the conditions of supervision and has paid the fine and special assessment ordered by the Court. While his overall compliance is to be commended, his term of supervision has not been completely free from conflict. On the only two occasions where the probation officer has completed unscheduled home visits, the defendant was found in circumstances that put his successful completion of probation at risk. At the first home visit on April 7, 2011, the probation agent noted that Mr. Ranguette's residence contained the strong odor of marijuana. Although his urine test later returned negative, Mr. Ranguette admitted his brother had been smoking marijuana in his residence just prior to the officer arriving. During the next unscheduled visit on February 2, 2012, the probation officer observed Mr. Ranguette pass him

on the road heading in to town and noted an unknown male in the passenger seat of Ranguette's vehicle. Upon contact it was discovered that man was Robert Anderson, one of Mr. Ranguette's co-defendants in 08-CR-127. Ranguette insisted that the offense of having unapproved contact with this convicted felon was a one-time association.

Although Mr. Ranguette has, overall, had a positive adjustment to probation, the above two contacts, which were his only unscheduled visits, raise enough concern that the Government, as well as his probation officers in both Alaska and Wisconsin, do not recommend termination of his supervision at this early stage. Continuing his supervision will provide added support for Ranguette to continue his progress, and there is nothing in the motion that suggests that supervision is an obstacle to any plans he currently has. Accordingly, the motion is denied.

**SO ORDERED** this _____20th_____ day of February, 2012.

       s/ William C. Griesbach
      William C. Griesbach
      United States District Judge